IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TRACY L. JONES**                                                                               **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 1:19-CV-223-JMV**

**COMMISSIONER OF**
**SOCIAL SECURITY**                                                          **DEFENDANT**

## **ORDER GRANTING UNOPPOSED MOTION FOR REMAND**

Having Considered the Defendant's Unopposed Motion for Remand, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED, and this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge will evaluate the opinion evidence in accordance with 20 C.F.R. § 404.1527; as necessary, re-assess the claimant's residual functional capacity; if warranted, obtain supplemental vocational expert evidence; take any further action needed to complete the administrative record; and issue a new decision.

SO ORDERED this, the 27th day of May, 2020.

                                                                           /s/ Jane M. Virden
                                                                      UNITED STATES MAGISTRATE JUDGE