IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TRACY L. JONES**                                                                   **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO.: 1:19-CV-223-JMV**

**COMMISSIONER OF**
**SOCIAL SECURITY**                                                     **DEFENDANT**

## **FINAL JUDGMENT**

Consistent with the Order [19] granting reversal and remand for further proceedings, it is hereby **ORDERED and ADJUDGED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**SIGNED** this 27th day of May, 2020.

                                            /s/ Jane M. Virden
                                            U. S. MAGISTRATE JUDGE