# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**TRACY L. JONES**                                                                               **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO.: 1:19-CV-223-JMV**

**COMMISSIONER OF**
**SOCIAL SECURITY**                                                            **DEFENDANT**

## **ORDER**

**BEFORE THE COURT** are Plaintiff's Petition for Attorney Fees [22] under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and the Commissioner's response [23]. For the reasons stated in Plaintiff's petition, and hearing no objection from Defendant, the Court finds Plaintiff's attorney fee award request is reasonable. Accordingly, it is hereby ORDERED that Plaintiff's petition is granted, and Plaintiff is awarded $4,214.70 in attorney fees. Consistent with *Astrue vs. Ratliff*, 130 S. Ct. 2521 (2010), the EAJA award check should be made payable to Plaintiff (for the benefit of his counsel).

SO ORDERED this 28th day of July, 2020.

                                                                        /s/ Jane M. Virden
                                                                        United States Magistrate Judge